UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

LIDER ALEXANDER LOPEZ COOL,
COLON JAIME PIBAQUE PIBAQUE,
WALTER OBANDO MONTANO, and
EDUARDO GABRIEL ZAMBRANO MACIAS

CASE NO.  8:17-cr-61-T-23 JSS
46 U.S.C. § 70506(a) and (b)
46 U.S.C. § 70503(a)(1)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

Beginning on an unknown date and continuing until on or about

January 27, 2017, while on board a vessel subject to the jurisdiction of the

United States, the defendants,

LIDER ALEXANDER LOPEZ COOL,
COLON JAIME PIBAQUE PIBAQUE,
WALTER OBANDO MONTANO, and
EDUARDO GABRIEL ZAMBRANO MACIAS,

each of whom will be first brought into the United States at a point in the

Middle District of Florida, did knowingly and willfully combine, conspire and

agree with each other and with other persons, both known and unknown to

the Grand Jury, to possess with intent to distribute five (5) kilograms or more

of a mixture and substance containing a detectable amount of cocaine, a

Schedule II controlled substance, contrary to the provisions of Title 46, United States Code, Section 70503(a)(1).

All in violation of Title 46, United States Code, Section 70506(a) and (b); and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing until on or about January 27, 2017, while on board a vessel subject to the jurisdiction of the United States, the defendants,

LIDER ALEXANDER LOPEZ COOL,
COLON JAIME PIBAQUE PIBAQUE,
WALTER OBANDO MONTANO, and
EDUARDO GABRIEL ZAMBRANO MACIAS,

each of whom will be first brought into the United States at a point in the Middle District of Florida, did knowingly and intentionally, while aiding and abetting each other and other persons known and unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(a); Title 18, United States Code, Section 2; and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURE

1.      The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violations alleged in Counts One and Two, the defendants,

> LIDER ALEXANDER LOPEZ COOL,
> COLON JAIME PIBAQUE PIBAQUE,
> WALTER OBANDO MONTANO, and
> EDUARDO GABRIEL ZAMBRANO MACIAS,

shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c), all property subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(1) through (11) that was used or intended to for use to commit, or facilitate the commission of, such offenses.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of any of the defendants:

(a)      cannot be located upon the exercise of due diligence;

3

(b)     has been transferred or sold to, or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of Title 21, United States Code, Section 853(p), as incorporated by

Title 28, United States Code, Section 2461(c).

A TRUE BILL,

Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Francis D. Murray
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Narcotics Section

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## LIDER ALEXANDER LOPEZ COOL,
## COLON JAIME PIBAQUE PIBAQUE,
## WALTER OBANDO MONTANO, and
## EDUARDO GABRIEL ZAMBRANO MACIAS

## INDICTMENT

Violations:
46 U.S.C. § 70506(a) and (b)
46 U.S.C. § 70503(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 9th day of February 2017.

_____
Clerk

Bail $_____

GPO 863 525